# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 350 FIFTH AVENUE, SUITE 4810 | Tel: (212) 643-2900 |
| EMPIRE STATE BUILDING | Fax: (212) 643-2901 |
| NEW YORK, NEW YORK 10118 | Email: mhueston@nyc.rr.com |

ADMITTED NY

November 6, 2009

BY ECF
The Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   Blackmon, et al. v. City of New York, et al., 08-cv-03938-ARR-MDG

Your Honor:

      I am counsel for plaintiffs in the above referenced case. On behalf of the parties, I write to inform the Court that the parties have now settled this entire matter for the total amount $56,500.00 inclusive of all fees, costs and disbursements (plaintiff Delquan Blackmon accepted the defendants' $1,000 settlement offer today), and to request that the November 9, 2009 settlement conference be adjourned *sine die*. The parties will submit a stipulation and order of settlement and discontinuance, and infant compromises shortly.

      Respectfully,

      s/
      Michael O. Hueston

Cc:   A.C.C. David Pollack (By ECF)